9600 Great Hills Trail
Suite 150W
Austin, Texas 78759
p. (512) 201-1500
f. (512) 201-1505
www.tylercasteel.com



# Tyler & Casteel

## Attorneys at Law

Robert Tyler, Attorney at Law
bob@tylercasteel.com
Charles Casteel, Attorney at Law
charles@tylercasteel.com

August 31, 2015

Third District of Texas
P.O. Box 12547
 Austin, Texas 78711-2547

Greetings,

Our address is changing to 9600 Great Hills Trail, Suite 150W, Austin, Texas 78759 as you may see in the letterhead above.  Please address all further paper mail to this address.

Our telephone number, facsimile number, E-mail addresses, and website remain the same, unchanged.

Sincerely,


Robert Tyler
Charles Casteel

RECEIVED
SEP 0 2 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE



**TYLER & CASTEEL**
ATTORNEYS AT LAW

1812 Centre Creek Dr., Ste 110
Austin, TX 78754

AUSTIN TX 787
RIO GRANDE DISTRICT
01 SEP 2015 PM 5 L



Third District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

78711254747